**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| ABLE HOME HEALTH, LLC, )<br>on behalf of itself and a class, )<br>       Plaintiff, )<br>)<br>     v. )<br>)<br>GALAXY ENTERTAINMENT, INC, )<br>and JOHN DOES 1-10, )<br>)<br>       Defendants. ) | 07 C 50112<br>Judge Kapala<br>Magistrate Judge Mahoney |

## NOTICE OF FILING

**TO:**   Please see certificate of service.

      **PLEASE TAKE NOTICE** that on October 29, 2007 we caused to be filed with the clerk of the United States District Court for the Northern District of Illinois, Western Division, the following document: **NOTICE OF VOLUNTARY DISMISSAL**, copies of which are attached hereto and hereby served upon you.


                                                            s/ Heather Kolbus
                                                           Heather Kolbus


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

I, Heather Kolbus, certify that on October 29, 2007, I caused a true and accurate copy of the foregoing document to be served upon the party listed below by United States mail and facsimile:

Galaxy Entertainment, Inc.
c/o Registered Agent Ann T. Dempsey
Oliver Close Worden Winkler & Greenwald, LLC
124 N. Water Street, Suite 300
Rockford, IL 61110-4749
(815) 968-7507 (FAX)


                                                   s/ Heather Kolbus
                                                   Heather Kolbus