## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50112 | **DATE** | 10/31/2007 |
| **CASE TITLE** | Able Home Health vs. Galaxy Entertainment | | |

**DOCKET ENTRY TEXT:**

Pursuant to plaintiff's notice of voluntary dismissal, this case is dismissed without prejudice. Discovery hearing set for January 11, 2008 before Magistrate Mahoney is cancelled. Any pending motions are now moot.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | sw |
|---|---|---|